**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6586**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN HENRY JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Bruce H. Hendricks, District Judge.  (4:17-cr-00108-BHH-26)

Submitted:  August 27, 2024                                  Decided:  August 30, 2024

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Henry Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Henry Johnson appeals the district court's order denying his motions for default judgment, to take judicial notice, and for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  Having reviewed the record, we discern no reversible error in the district court's order.[*] *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review for denial of compassionate release motion). Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] As to his request for compassionate release, Johnson argues on appeal that the Government failed to prove the elements of the offenses for which he was convicted.  But we have recognized that "a defendant cannot challenge the validity of a conviction . . . in a compassionate release motion." *United States v. Davis*, 99 F.4th 647, 656 (4th Cir. 2024).